

FILED
2018 Jul-13  PM 02:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: STERICYCLE, INC., STERI–SAFE
CONTRACT LITIGATION                                         MDL No. 2455

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Northern District of Illinois.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Northern District of Illinois with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 10, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ SHEILA MOORE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
July 12, 2018

**IN RE: STERICYCLE, INC., STERI–SAFE
CONTRACT LITIGATION**                                                MDL No. 2455

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| ILN | 1 | 16–04142 | ALN | 7 | 16–00459 | Surgical Specialists of Alabama, P.C. et al v. Stericycle Inc et al |
| ILN | 1 | 16–05512 | CAC | 2 | 16–03144 | Comprehensive Outpatient Surgery Center, LP v. Stericycle, Inc. et al |
| ILN | 1 | 14–02747 | MSS | 3 | 14–00275 | Manhattan Nursing and Rehabilitation Center, LLC v. Stericycle, Inc. |
| ILN | 1 | 15–02898 | NCM | 1 | 15–00224 | Mazur, DPM et al., v. Stericycle, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: STERICYCLE, INC., STERI-SAFE CONTRACT LITIGATION | Case No. 1:13-cv-05795<br>MDL No. 2455<br><br>Judge Robert W. Gettleman |

ORDER RECOMMENDING TO THE JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION THAT CERTAIN
CASES BE REMANDED TO THE TRANSFEROR COURTS

On the Court's own motion to recommend remand of cases to the Judicial Panel on Multidistrict Litigation and following consultation with Plaintiffs Lyndon Veterinary Clinic, PLLC, et al. (collectively, "Plaintiffs") and Defendant Stericycle, Inc. ("Stericycle" and together with Plaintiffs, the "Parties"), IT IS HEREBY ORDERED THAT:

(a) The above-captioned multidistrict litigation was resolved by way of a class action settlement (the "Settlement"). *See* Final Approval Order (Dkt. #382). Final Judgment was entered on May 8, 2018. *See* Final Judgment (Dkt. #422).

(b) There are, however, plaintiffs in the cases that were transferred to this multidistrict litigation that properly opted out of that Settlement and whose cases, therefore, have not been resolved.

(c) Because the bulk of the multidistrict litigation has been resolved by judgment upon stipulation except for those who opted out of the Settlement, the Court believes that remand would be appropriate for the following cases:

- *Manhattan Nursing and Rehabilitation Center, LLC, et al. v. Stericycle, Inc.*, Case No. 14-cv-02747 (originally filed S.D. Miss. No. 14-cv-00275);[1]

---

[1] Two plaintiffs in this action, Asbury, Inc. and Christian Home for the Aged, Inc., did not opt out of the Settlement and have fully resolved their claims.

1

- *Mazur, DPM v. Stericycle, Inc.*, Case No. 15-cv-02898 (originally filed in (M.D.N.C. Case No. 15-cv-00224);

- *Surgical Specialists of Alabama, P.C., et al. v. Stericycle, Inc., et al.*, Case No. 16-cv-04142 (originally filed in N.D. Ala. Case No. 16-cv-00459); and

- *Comprehensive Outpatient Surgery Center, LP v. Stericycle, Inc., et al.*, Case No. 16-cv-05512 (originally filed in C.D. Cal. Case No. 16-cv-03144).

(d) Accordingly, the Court recommends to the Judicial Panel on Multidistrict Litigation that the cases listed in Paragraph (c) above be remanded to their transferor courts for any further litigation.

Dated: June 28, 2018

_____
Honorable Robert W. Gettleman
United States District Court Judge