FILED
2018 Nov-05  PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **SURGICAL SPECIALISTS OF ALABAMA, P.C., et al.,**  }<br>  }<br>     **Plaintiffs,**  }<br>  }<br>**v.**  }<br>  }<br>**STERICYCLE, INC.,**  }<br>  }<br>     **Defendant.**  } | **Case No.:  7:16-cv-00459-RDP** |
| **MOUNT ROYAL TOWERS,**  }<br>  }<br>     **Plaintiff,**  }<br>  }<br>**v.**  }<br>  }<br>**STERICYCLE, INC.,**  }<br>  }<br>     **Defendant.**  }<br>  } | **Case No.:  2:18-cv-01105-RDP** |
| **PRICARE, P.A., et al.,**  }<br>  }<br>     **Plaintiffs,**  }<br>  }<br>**v.**  }<br>  }<br>**STERICYCLE, INC.,**  }<br>  }<br>     **Defendant.**  }<br>  } | **Case No.:  2:18-cv-01594-RDP** |

## **ORDER**

These cases are before the court on the parties' Renewed Second Joint Motion to Consolidate for Pre-Trial Proceedings filed in *Surgical Specialists of Alabama, et al. v. Stericycle,*

*Inc.*, No. 7:16-cv-00459-RDP (Doc. # 27) and *Mount Royal Towers v. Stericycle, Inc.,* No. 2:18-cv-01105-RDP (Doc. # 23).  The parties have also filed a Joint Notice of Filing for the Renewed Second Motion to Consolidate in *PriCare, P.A., et al. v. Stericycle, Inc.*, No. 2:18-cv-01594-RDP (Doc. # 27). The court has reviewed the allegations in each case and finds that there are sufficient common questions of law and fact to justify consolidating the actions for discovery purposes.  In light of the parties' consent to consolidation, the Clerk of the Court is **DIRECTED** to **CONSOLIDATE** case number 2:18-cv-01594-RDP with the already consolidated case numbers 7:16-cv-00459-RDP and 2:19-cv-01105-RDP for discovery purposes only. The parties **SHALL** file documents only in the lead case, 7:16-cv-00459-RDP. Every document filed in this consolidated matter must include the style and case number of each case.

Furthermore, a status conference is **SET** for **Monday, November 19, 2018** at **3:30 p.m**. in the chambers of the undersigned. On or before **Thursday, November 15, 2018**, the parties **SHALL** file a joint report addressing how these cases should proceed with respect to the currently pending motions to dismiss.

**DONE** and **ORDERED** this November 5, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE